IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| United States of America<br>    Plaintiff | *<br>*<br>* |
| vs. | *  Civil No. CCB 13 CV 3685<br>* |
| Real Property Located at 414 Water Street<br>Unit 1801, Baltimore, MD Including All<br>Structures, Appurtenances and Improvements<br>thereon, and Real Property Located at 5705 Jericho<br>Road, Columbia, MD, Including All Structures<br>Appurtenances and Improvements Thereon<br>    Defendants in Rem | *<br>*<br>*<br>*<br>*<br>*<br>* |

## ANSWER OF JULIET M. BRANKER

Comes now Juliet M. Branker, by and through her attorney Richard Basile and in answer to the Complaint for Forfeiture of the United States of America states:

1. The allegations contained in paragraphs 1, 2 3, 4, 5, 36, 37, 40 and 41 are admitted.
2. Juliet Branker lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30, 31, 32 and 33
3. The allegations contained in paragraph 29 are admitted except that Sessomes was not the sole purchaser of 5075 Jericho Road.  Juliet Branker was a co-purchaser of that property.
4. The allegations contained in paragraphs 33, 34, 38, 42 and 43 are denied.

Respectfully submitted,

/s/_____
Richard Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD  20770
301-441-4900

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of January 2014, a copy of the foregoing Answer was sent by electronic or first class mail, postage pre-paid to:

Darrin L. McCullough
Trial Attorney
Asset Forfeiture and Money Laundering Section
US Department of Justice
1400 New York Ave., NW
Washington, DC  20005

                                            /s/_____
                                            Richard Basile
                                            6305 Ivy Lane, Suite 416
                                            Greenbelt, MD  20770
                                            301-441-4900