IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| United States of America <br>     Plaintiff | \* <br> \* <br> \* |
| vs. | \*    Civil No. CCB 13 CV 3685 <br> \* |
| Real Property Located at 414 Water Street <br> Unit 1801, Baltimore, MD Including All <br> Structures, Appurtenances and Improvements <br> thereon, and Real Property Located at 5705 Jericho <br> Road, Columbia, MD, Including All Structures <br> Appurtenances and Improvements Thereon <br>     Defendants in Rem | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

## CLAIM OF JULIET M. BRANKER
## CONTESTING FORFEITURE OF SEIZED PROPERTY

Comes now the claimant, Juliet M. Branker, by and through her attorney Richard Basile and makes claim contesting the forfeiture of seized property and in support of said claim states:

1. The identity of the specific real property being claimed is 5075 Jericho Road, Columbia, MD 21044 including all structures, appurtenances and improvements thereon seized on December 6, 2013 in Columbia, Maryland from Paul E. Sessomes and Juliet M. Branker.

2. That Juliet M. Branker is the owner of said real property along with Paul E. Sessomes.

3. That said real property was seized upon allegation or belief that it was associated with or that its purchase or payment resulted from illegal drug transactions and was purchased in an attempt to launder or disguise proceeds of drug transactions.

4. That said real property was in no way connected with or involved with any type of unlawful transaction. Said real property was not the result of an unlawful transaction nor was it used or intended to be used in any unlawful transaction.

5. The real property seized from Juliet M. Branker in this case was real property which she helped acquire through the expenditure of her legally acquired monies and was not purchased with laundered money or money which was acquired or used illegally or with money used for the purpose of laundering said money.

6. That the foregoing facts establish that, as a result of the lack of any connection between the seized real property and any illegal transaction, there is no basis to forfeit said real property and the petitioner Juliet M. Branker is entitled to its return.

Wherefore, Juliet M. Branker contests the forfeiture of the seized real property referenced herein and requests the release of said real property.

I solemnly declare, swear and affirm under penalty of perjury that the facts set forth in this Claim of Juliet M. Branker Contesting Forfeiture of Seized Property are true and correct and are based upon my personal knowledge. Executed on January 6, 2014.

_____          _____
Richard Basile                                    Juliet Branker

## CERTIFICATE OF SERVICE

I hereby certify that on this 7 day of January 2014, a copy of the foregoing Claim was sent by electronic or first class mail, postage pre-paid to:

Darrin L. McCullough
Trial Attorney
Asset Forfeiture and Money Laundering Section
US Department of Justice
1400 New York Ave., NW
Washington, DC 20005

_____
Richard Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770
301-441-4900