**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| United States of America,                            ) | |
|                                                      ) | |
|     *Plaintiff,*                 ) | |
|                                                      ) | |
|   v.                                       ) | **Civil No. 1:13-cv-03685-CCB** |
|                                                      ) | |
| Real Property Located at 414 Water Street,           ) | |
| Unit 1801, Baltimore, MD, Including                  ) | |
| All Structures, Appurtenances and                    ) | |
| Improvements thereon, and Real Property              ) | |
| Located at 5075 Jericho Road, Columbia, MD,          ) | |
| Including All Structures, Appurtenances and          ) | |
| Improvements thereon,                                ) | |
|                                                      ) | |
|     *Defendants In Rem.*         ) | |

**GOVERNMENT'S CASE STATUS REPORT**

Pursuant to Order of this Court, the United States of America, by and through its undersigned Trial Attorney, makes the following status report in the above-captioned case:

1. The United States is working informally with counsel for claimant Juliet M. Branker to resolve the case and has requested a number of documents from her counsel, and has further requested that her deposition occur before the end of the year.

2. The United States was informed on November 4, 2014, that the co-owner of the property, who is the defendant in the related criminal matter in New York, is willing to answer questions through his attorney regarding the acquisition of, and their respective interests in, the subject property. The United States will propound those written questions through counsel in the very near future.

3. The United States requests the current stay remain in effect through January 31, 2015, to allow these interviews and depositions to occur, and to review the associated

documents.

    4.       The parties will advise the Court if a resolution is reached sooner.

    5.       Undersigned counsel apologizes for the additional delay but was substantially consumed with preparation for a significant trial in Utah and has been unable to complete discovery.   That matter has resolved and it is anticipated no further stays will be necessary in this case.

          Respectfully submitted,

          JAIKUMAR RAMASWAMY, CHIEF
          Asset Forfeiture & Money
          Laundering Section


          */s/ Darrin L. McCullough*
          Darrin L. McCullough
          Trial Attorney
          Asset Forfeiture & Money Laundering Section
          U.S. Department of Justice
          1400 New York Ave., NW
          Washington, DC    20005
          (202) 616-2255
          Darrin.mccullough@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing document was filed via the CM/ECF filing system, on this 7th day of November, 2014.

              */s/ Darrin L. McCullough*
              Darrin L. McCullough
              Trial Attorney
              Asset Forfeiture & Money Laundering Section
              U.S. Department of Justice
              1400 New York Ave., NW
              Washington, DC 20005
              (202) 616-2255
              Darrin.mccullough@usdoj.gov