IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| United States of America | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Civil No. CCB 13 CV 3685 |
| | * | |
| Real Property Located at 414 Water Street | * | |

## STATUS REPORT

Undersigned counsel Richard Basile is preparing this status report after conferring with opposing counsel Darrin McCullough.  Mr. McCullough is presently in trial in Georgia.  Counsel are agreed that the present status of this case is that Richard Basile is collecting certain requested documents from his client Ms. Juliet Branker to produce to the government.  Counsel are both agreed that Ms. Juliet Branker will be deposed by the government within 45 days.  No other motions or discovery are currently pending.

Respectfully submitted,

/s/_____
Richard Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD  20770
301-441-4900 (phone)
301-441-2404 (fax)
rearsb@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2015, a copy of the foregoing Status Report was sent by electronic or first class mail, postage pre-paid to:

Darrin L. McCullough
US Department of Justice
1400 New York Ave., NW
Washington, DC  20005

/s/_____
Richard Basile